and by limiting the preclusion of the defendant only with respect to the items and portions of items as to which there has been a failure to comply, and as so modified affirmed without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

CLARA DALE CLOSSON, Respondent, v. O. MILTON CLOSSON, Appellant.— Order unanimously modified by allowing fifty dollars counsel fee and thirty dollars trial fee as costs, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

4 EAST 72ND STREET CORPORATION, Respondent, v. CATHLEEN V. LOWMAN, Appellant.— Orders reversed, with twenty dollars costs and disbursements, and the motion to vacate the warrant of attachment and all levies thereunder granted, as the facts indicate that within the purview of the Civil Practice Act, section 903, subdivision 1, defendant, on the date the warrant of attachment was issued, was a resident of the State and county of New York. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.; O'Malley, J., dissents and votes for affirmance. [See post, p. 713.]

HELENE DUTTENHOFER, Respondent, v. JOSEPH ULLMANN, JR., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

JOHN STEPHENSON, Respondent, v. CAROLYN STEPHENSON, Appellant.— Order unanimously modified and motion further granted to the extent of staying the trial until the determination of the appeal herein which shall be noticed for a date no later than April 15, 1937, and directing the plaintiff to procure, pay for and deliver to the defendant's attorney the stenographer's minutes of the trial for the purpose of the appeal. If certification is required the cost thereof shall also be paid by plaintiff. Said appeal may be heard upon a typewritten record and typewritten briefs. Either party may hereafter move for appropriate relief in the event any of the provisions of this order are not complied with. As so modified the order appealed from is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Proving the Second Codicil, Dated October 1, 1934, to the Last Will and Testament of EDWARD W. BROWNING, Deceased, as a Will of Real and Personal Property. ALEX P. WATTS and Others, Appellants, Respondents; TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, Respondent, Appellant; DANIEL A. SHIRK, as General Guardian of DOROTHY BROWNING HOOD, and THE STATE OF NEW YORK, Respondents.— Orders so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements to the respondent, The State of New York. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Proving the Second Codicil, Dated October 1, 1934, to the Last Will and Testament of EDWARD W. BROWNING, Deceased, as a Will of Real and Personal Property. ALEX P. WATTS and Others, as Executors, etc., Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., and Others, Respondents.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements, and item 8 stricken out. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the General Assignment for the Benefit of Creditors of Coco METALCRAFT CORP. to AL LICHTENSTEIN, Assignee, Respondent, THE CITY OF NEW YORK, Claimant, Appellant.— Order unanimously affirmed, with twenty

dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

DOROTHY SULLIVAN, Appellant, v. MEMORIAL HOSPITAL and SAMUEL C. JOHNSON, Defendants, Impleaded with DOUGLAS A. QUICK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

EMIL B. HAENDLER, Respondent, v. HITTLEMAN GOLDENROD BREWERY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Unverified bill of particulars to be served within seven days after service of order. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

RUBIN BETENSKY, Respondent, v. DORMAC REALTY CO., INC., and Another, Appellants, Impleaded with Another.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of Supplementary Proceedings: ROYAL INDEMNITY COMPANY, Judgment Creditor, Appellant, v. S. LASALA & SONS, INC., Judgment Debtor, and DOLLAR SAVINGS BANK, Third Party, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of FRED ROSENTHAL, a Stockholder of CARIB SYNDICATE, LIMITED, Petitioner, Appellant, for a Peremptory Order of Mandamus against CARIB SYNDICATE, LIMITED, and Others, Defendants, Directing Them to Permit the Examination of Books, etc. CARIB SYNDICATE, LIMITED, and CHARLES F. FRENCH, Defendants, Respondents.— Order so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

JACOB HARKAVY, Appellant, v. CHARLES LEVINE, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of MARLOWE AVENUE CORPORATION, Appellant, to Vacate and Quash a Subpoena Dated August 14, 1936, Issued by the ATTORNEY-GENERAL OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

4 EAST 72ND STREET CORPORATION, Appellant, v. CATHLEEN V. LOWMAN, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ. [See ante, p. 712.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT W. RICHMAN, Appellant, for a Writ of Habeas Corpus against HOUSE OF DETENTION FOR WOMEN, NEW YORK CITY, Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.

In the Matter of the Application of MITSUI & CO., LTD., Respondent, for an Order Directing that an Arbitration Proceed between the Said MITSUI & CO., LTD., and HERMAN COHEN and MOSES SALWEN, Copartners, etc., Doing Business under the Firm Name and Style of HERMAN COHEN & COMPANY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Dore and Cohn, JJ.